Adam J. Thurston (SBN 162636)
adam.thurston@dbr.com
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, California  90067-1517
Telephone:  (310) 203-4000
Facsimile:   (310) 229-1285

Attorneys for Defendants
HAMAMATSU PHOTONICS K.K.,
HAMAMATSU CORPORATION, and
PHOTONICS MANAGEMENT SYSTEM

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMICAPS PTE LTD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HAMAMATSU CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-03440-DMR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L. Civ. R. 6-1(a))** |

Plaintiff, SEMICAPS Pte Ltd ("Plaintiff") and Defendants Hamamatsu Photonics K.K., Hamamatsu Corporation, and Photonics Management System ("Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS this action was filed by Plaintiff on June 14, 2017;

WHEREAS Defendants have not yet been served and wish to waive service;

WHEREAS, no previous extensions of time to respond to the complaint have been requested or given;

1  WHEREAS, Federal Rule of Civil Procedure 4(d)(3) provides that Hamamatsu Photonics K.K., a foreign company, is entitled to 90 days to respond to the complaint;

WHEREAS, allowing all Defendants to have the same response date to the complaint is efficient and in the interest of justice;

WHEREAS, the extension to respond will not alter the date of any event or any deadline already fixed by Court order;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the deadline for Defendants to respond to the initial complaint is extended 90 days to and including September 26, 2017.

**IT IS SO STIPULATED:**

Dated:  June 28, 2017              MARTON RIBERA SCHUMANN & CHANG LLP


                                   By:   */s/ David Schumann*
                                         David Schumann

                                   Attorneys for Plaintiff
                                   SEMICAPS Pte Ltd


Dated:  June 28, 2017              DRINKER BIDDLE & REATH LLP


                                   By:   */s/ Adam J. Thurston*
                                         Adam J. Thurston

                                   Attorneys for Defendants
                                   HAMAMATSU PHOTONICS K.K.,
                                   HAMAMATSU CORPORATION, and
                                   PHOTONICS MANAGEMENT SYSTEM

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Adam J. Thurston, am the ECF user whose identification and password are being used to file the foregoing Stipulation to Extend Time to Respond to Initial Complaint (L. Civ. R. 6-1(a)) ("Stipulation"). I hereby attest that the above-referenced signatories to this Stipulation have concurred in this filing.

Dated:  June 28, 2017          DRINKER BIDDLE & REATH LLP

By:   */s/ Adam J. Thurston*
       Adam J. Thurston

Attorneys for Defendants
HAMAMATSU PHOTONICS K.K.,
HAMAMATSU CORPORATION, and
PHOTONICS MANAGEMENT SYSTEM

1  PURSUANT TO THE STIPULATION, IT IS SO ORDERED

2  This _____ date of _____, 2017

3

4  _____

5  The Honorable Donna M. Ryu