QUINN EMANUEL URQUHART & SULLIVAN, LLP
  David Eiseman (Bar No. 114758)
  davideiseman@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Ryan S. Goldstein (Bar No. 208444)
  ryangoldstein@quinnemanuel.com
865 S. Figueroa St., Floor 10
Los Angeles, California 90017
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Jared W. Newton (admitted *pro hac vice*)
  jarednewton@quinnemanuel.com
  K. Kevin Chu (admitted *pro hac vice*)
  kevinchu@quinnemanuel.com
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone:   (202) 538-8000
Facsimile:   (202) 538-8100

MINAMINO LAW OFFICE, PLLC
  Koichiro Minamino (admitted *pro hac vice*)
  mick@minaminolaw.com
2000 Pennsylvania Avenue, N.W. Suite 6000
Washington, D.C. 20005
Telephone:   (202) 777-3638

Attorneys for Defendants
HAMAMATSU CORPORATION,
HAMAMATSU PHOTONICS K.K., and
PHOTONICS MANAGEMENT CORP.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEMICAPS PTE LTD., <br><br> Plaintiff, <br><br> vs. <br><br> HAMAMATSU CORPORATION, et al., <br><br> Defendants. | CASE NO. 17-cv-03440-DMR <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L. Civ. R. 6-1(a))** <br><br> Judge: Honorable Donna M. Ryu |

Plaintiff, SEMICAPS Pte Ltd. ("Plaintiff") and Defendants Hamamatsu Corporation, Hamamatsu Photonics K.K., and Photonics Management Corp. ("Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS Plaintiff filed the Complaint underlying this action on June 14, 2017;

WHEREAS on September 19, 2017, the Court issued an Order (Dkt. No. 28) staying this action pending *inter parties* review ("IPR") of the sole asserted patent;

WHEREAS on March 18, 2019, the Patent Trial and Appeal Board ("PTAB") issued its Final Written Decisions in the two IPRs (IPR2017-02112 and IPR2017-02110) that Defendants filed challenging the sole asserted patent in this case;

WHEREAS, in those Final Written Decisions the PTAB determined that Defendants had not shown that the challenged claims were unpatentable;

WHEREAS on April 1, 2019, the Parties jointly submitted the Second Case Management Statement (Dkt. No. 29) pursuant to the Court's September 19, 2017 Order (Dkt. No. 28);

WHEREAS Defendants have been served but have not yet filed a response to the Complaint;

WHEREAS, by prior stipulation between the Parties, Defendants' response to the Complaint is currently due on Friday, April 26, 2019;

WHEREAS Defendants retained new counsel, Quinn Emanuel Urquhart & Sullivan LLP, and requested that Plaintiff agree to extend them additional time to respond to the Complaint;

WHEREAS, pursuant to that request the Parties have agreed and stipulated to extend the deadline for Defendants' response to the Complaint by four weeks to Friday, May 24, 2019;

WHEREAS, the extension to respond will not impact any other deadlines in this action, including the date of any event or any deadline already fixed by Court order;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the deadline for Defendants to respond to the Complaint is extended four (4) weeks to and including Friday, May 24, 2019.

**IT IS SO STIPULATED:**

| | |
|---|---|
| Dated:  April 19, 2019 | MARTON RIBERA SCHUMANN & CHANG LLP |
| | By:  /s/ *Ryan J. Marton* |
| | HECTOR RIBERA (221511)<br>hector@martonribera.com<br>RYAN J. MARTON (223979)<br>ryan@martonribera.com<br>CAROLYN CHANG (217933)<br>carolyn@martonribera.com<br>548 Market Street, Suite 36117<br>San Francisco, California 94104<br>[Tel.] (415) 360-2511 |
| | Attorneys for Plaintiff<br>SEMICAPS Pte Ltd. |
| Dated:  April 19, 2019 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By:  */s/ David Eiseman*<br>David Eiseman |
| | Attorneys for Defendants<br>HAMAMATSU CORPORATION,<br>HAMAMATSU PHOTONICS K.K., and<br>PHOTONICS MANAGEMENT CORP. |

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I, David Eiseman, the ECF user whose ID and password are being used to file this STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT, attest that the above-referenced signatories to this Stipulation have concurred in this filing.

Dated: April 19, 2019                    /s/ *David Eiseman*
                                         David Eiseman

1  PURSUANT TO THE STIPULATION, IT IS SO ORDERED

2  This _____ date of _____, 2019

3

4  _____

5  The Honorable Donna M. Ryu