UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL CONFERENCE MINUTE ORDER

| Date: 5/1/2019 | Time: 1:34-1:47 | Judge: DONNA M. RYU |
|---|---|---|
| Case No.: 4:17-cv-03440-DMR | Case Name: Semicaps PTE Ltd v. Hamamatsu Corporation, et al | |

**For Plaintiff:** Ryan Marton and Hector Ribera

**For Defendants:** David Eiseman

**Deputy Clerk:** Ivy Lerma Garcia             **FTR:** 1:34-1:47

PROCEEDINGS

Initial Case Management Conference held.

[X]   Deadline to seek leave to amend the pleadings to add new parties, claims and defenses is **7/1/2019.**

   **By 5/3/2019,** parties shall submit their Third Joint Case Management Conference Statement [Docket No. 44] in Word form to DMRpo@cand.uscourts.gov.

**REFERRALS:**

[X]   The parties shall participate in mediation through the Northern District of California ADR Program, which shall be completed **within 90 to 120 days,** or as soon thereafter as is convenient to the assigned mediator's calendar.

**COURT SET THE FOLLOWING DATES:**

   Further Case Management Conference:  9/4/2019 at 1:30 p.m.
   Updated Joint Case Management Conference Statement due by:  8/28/2019
   Claim Construction Hearing:  1/9/2020 at 11:00 a.m.
   Tutorial:  1/3/2020 at 11:00 a.m.
   The court adopted the schedule as agreed upon by the parties as set forth in their Third Joint Case Management Conference Statement e-filed on 4/24/2019 [Docket No. 44] on pages 9 to 10.

**ORDER TO BE PREPARED BY:**
   [ ] **Plaintiff**     [ ] **Defendant**     [X] **Court**

cc:   Chambers; ADR Dept.