MARTON RIBERA SCHUMANN & CHANG LLP
HECTOR RIBERA (221511)
hector@martonribera.com
548 Market St., Suite 36117
San Francisco, California 94104
Telephone: (415) 360-2511

*Attorney for Plaintiff SEMICAPS Pte Ltd.*

(Additional Counsel for Plaintiff
listed below signature line)

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  David Eiseman (Bar No. 114758)
  davideiseman@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

*Attorney for Defendants Hamamatsu
Corporation et. al*

(Additional Counsel for Defendants
listed below signature line)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMICAPS PTE LTD.<br><br>                    Plaintiff,<br><br>       v.<br><br>HAMAMATSU CORPORATION, *et al*.<br><br>                    Defendants. | Case No:  17-cv-03440-DMR<br><br>**JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO ANSWER THE COMPLAINT**<br><br>Judge:  Magistrate Judge Donna M. Ryu |

Pursuant to Local Rule 6-1(a), Plaintiff SEMICAPS Pte Ltd. ("Plaintiff" or "SEMICAPS") and Defendants Hamamatsu Photonics K.K., Hamamatsu Corporation, and Photonics Management System (collectively, "Defendants" or "Hamamatsu") hereby stipulate to the following extension of time for Hamamatsu to file and serve an answer to the complaint. On August 16, 2019, the Court denied Hamamatsu's motion to dismiss. D.I. 58. Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Hamamatsu's answer to the complaint is currently due on Friday, August 30, 2019, which is 14 days after the order denying Hamamatsu's motion. The parties have stipulated and agreed to a seven-day extension of time for Hamamatsu to file its answer. In accordance with this agreement, unless directed otherwise by the Court, Hamamatsu will file its answer to Plaintiff's complaint on Friday, September 6, 2019.

Dated: August 30, 2019

By: */s/ Ryan J. Marton*

**MARTON RIBERA SCHUMANN & CHANG LLP**

HECTOR RIBERA (221511)
hector@martonribera.com
RYAN J. MARTON (223979)
ryan@martonribera.com
CAROLYN CHANG (217933)
carolyn@martonribera.com
548 Market Street, Suite 36117
San Francisco, California 94104
[Tel.] (415) 360-2511

*Attorneys for Plaintiff SEMICAPS.*

By: /s/ *Ryan S. Goldstein*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  David Eiseman (Bar No. 114758)
  davideiseman@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Ryan S. Goldstein (Bar No. 208444)
  ryangoldstein@quinnemanuel.com
865 S. Figueroa St., Floor 10
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Jared W. Newton (admitted *pro hac vice*)
  jarednewton@quinnemanuel.com
  K. Kevin Chu (admitted *pro hac vice*)
  kevinchu@quinnemanuel.com
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone:     (202) 538-8000

Facsimile:      (202) 538-8100

MINAMINO LAW OFFICE, PLLC
   Koichiro Minamino (admitted *pro hac vice*)
   mick@minaminolaw.com
2000 Pennsylvania Avenue, N.W. Suite 6000
Washington, D.C. 20005
Telephone:      (202) 777-3638

*Attorneys for Defendants Hamamatsu et al.*

## ATTESTATION IN CONCURRENCE OF FILING

In accordance with the Northern District of California's General Order No. 45, Section X.(B), I, Ryan Goldstein, attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature pages.


Dated: August 30, 2019                          By:     /s/ *Ryan Goldstein*
                                                        Ryan Goldstein