MARTON RIBERA SCHUMANN & CHANG LLP
HECTOR RIBERA (221511)
hector@martonribera.com
548 Market St., Suite 36117
San Francisco, California 94104
Telephone: (415) 360-2511

*Attorney for Plaintiff SEMICAPS Pte Ltd.*

(Additional Counsel for Plaintiff
listed below signature line)

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  David Eiseman (Bar No. 114758)
  davideiseman@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

*Attorney for Defendants Hamamatsu
Corporation et. al*

(Additional Counsel for Defendants
listed below signature line)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SEMICAPS PTE LTD.

                   Plaintiff,

        v.

HAMAMATSU PHONTONICS K.K.,
HAMAMATSU CORPORATION, and
PHOTONICS MANAGEMENT CORP.,

                   Defendants.

Case No:  17-cv-3440-DMR

**STIPULATED REQUEST FOR ORDER
EXTENDING TIME TO FILE REPLY
CLAIM CONSTRUCTION BRIEF**

Plaintiff, SEMICAPS Pte Ltd. ("Plaintiff") and Defendants Hamamatsu Corporation, Hamamatsu Photonics K.K. and Photonics Management Corp. ("Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the parties have previously agreed and stipulated to extend the deadline for Hamamatsu Corporation and Photonics Management System to respond to the Complaint by 90 days, and to further extend the deadline by four weeks the time for Defendants to respond to the Complaint;

WHEREAS, the parties have previously extended the deadline by one week for Defendants to answer the Complaint after the Court's denial of the motion to dismiss;

WHEREAS, Plaintiff's deadline to file its reply claim construction brief pursuant to Patent Local Rule 4-5(c) is November 4, 2019;

WHEREAS Plaintiff has requested a one-week extension of this deadline and Defendants have agreed not to oppose;

WHEREAS, the extension will not impact any other deadlines in this action, including the date of any event or any deadline already fixed by Court order, including the technical tutorial and claim construction hearings set for January 3, 2020 and January 9, 2020, respectively;

THE PARTIES HEREBY STIPULATE and jointly request a one-week extension from November 4, 2019 to November 11, 2019 for Plaintiff to file its reply brief in support of its claim construction positions.

**IT IS SO STIPULATED:**

Dated:  October 31, 2019

By:  */s/ Ryan J. Marton*

 **MARTON RIBERA SCHUMANN & CHANG LLP**

HECTOR RIBERA (221511)
hector@martonribera.com
RYAN J. MARTON (223979)
ryan@martonribera.com
CAROLYN CHANG (217933)
carolyn@martonribera.com

By: /s/ *Jared W. Newton*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  David Eiseman (Bar No. 114758)
  davideiseman@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP

1

548 Market Street, Suite 36117
San Francisco, California 94104
[Tel.] (415) 360-2511

2

3

4

*Attorneys for Plaintiff SEMICAPS.*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ryan S. Goldstein (Bar No. 208444)
   ryangoldstein@quinnemanuel.com
865 S. Figueroa St., Floor 10
Los Angeles, California 90017
Telephone:      (213) 443-3000
Facsimile:      (213) 443-3100

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
   Jared W. Newton (admitted *pro hac vice*)
   jarednewton@quinnemanuel.com
   K. Kevin Chu (admitted *pro hac vice*)
   kevinchu@quinnemanuel.com
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone:      (202) 538-8000
Facsimile:      (202) 538-8100

MINAMINO LAW OFFICE, PLLC
   Koichiro Minamino (admitted *pro hac vice*)
   mick@minaminolaw.com
2000 Pennsylvania Avenue, N.W. Suite 6000
Washington, D.C. 20005
Telephone:      (202) 777-3638

*Attorney for Defendants Hamamatsu et al.*

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I, Ryan J. Marton, the ECF user whose ID and password are being used to file this STIPULATION TO EXTEND TIME TO FILE REPLY CLAIM CONSTRUCTION BRIEF, attest that the above-referenced signatories to this Stipulation have concurred in this filing.

Dated: October 31, 2019

/s/ *Ryan J. Marton*
Ryan J. Marton

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

This _____ date of _____, 2019

_____

The Honorable Donna M. Ryu