# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

| **Date:** January 3, 2020 | **Time:** 1 hour, 34 mins | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.**: 17-cv-03440-DMR | **Case Name:** Semicaps PTE Ltd v. Hamamatsu Corporation | |

**For Plaintiff:** Hector Ribera, Ryan Marton
**For Defendants:** David Eiseman, Jared Newton

**Deputy Clerk:** Doug Merry                **Court Reporter or FTR:** Not reported

### PROCEEDINGS

Tutorial hearing held.

**Order to be prepared by:**
(  )    Plaintiff              (  )    Defendant           (  )    Court

cc:  Chambers