| | |
|---|---|
| MARTON RIBERA SCHUMANN & CHANG LLP<br>HECTOR RIBERA (221511)<br>hector@martonribera.com<br>548 Market St., Suite 36117<br>San Francisco, California 94104<br>Telephone: (415) 360-2511<br><br>*Attorney for Plaintiff SEMICAPS Pte Ltd.*<br><br>(Additional Counsel for Plaintiff<br>listed below signature line) | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>  David Eiseman (Bar No. 114758)<br>  davideiseman@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone:    (415) 875-6600<br>Facsimile:     (415) 875-6700<br><br>*Attorney for Defendants Hamamatsu Corporation et. al*<br><br>(Additional Counsel for Defendants<br>listed below signature line) |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEMICAPS PTE LTD.,<br><br>             Plaintiff,<br><br>     v.<br><br>HAMAMATSU CORPORATION, *et al*.<br><br>             Defendants. | Case No:  17-cv-03440-DMR<br><br>**JOINT STIPULATION TO ENTER PROTECTIVE ORDER**<br><br>Judge:  Magistrate Judge Donna M. Ryu |

1

Pursuant to Local Rule 7-12 and the Court's March 23, 2020 Order, Plaintiff SEMICAPS Pte Ltd. ("Plaintiff" or "SEMICAPS") and Defendants Hamamatsu Photonics K.K., Hamamatsu Corporation, and Photonics Management System (collectively, "Defendants" or "Hamamatsu") hereby jointly and respectfully request that the Court enter the parties' proposed Protective Order, attached hereto as Exhibit 1.  As set forth in Exhibit 2 (Declaration of K. Kevin Chu), the proposed Protective Order is identical to the Northern District of California's Patent Local Rule 2-2 Interim Model Protective Order except for (a) the addition of case-identifying information, and (b) the removal of the ability of "Designated House Counsel" to access "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" information in this matter.

Dated:  March 26, 2020

By: */s/ Ryan J. Marton*

**MARTON RIBERA SCHUMANN & CHANG LLP**

HECTOR RIBERA (221511)
hector@martonribera.com
RYAN J. MARTON (223979)
ryan@martonribera.com
CAROLYN CHANG (217933)
carolyn@martonribera.com
548 Market Street, Suite 36117
San Francisco, California 94104
[Tel.] (415) 360-2511

*Attorneys for Plaintiff SEMICAPS Pte Ltd.*

By: /s/ *David Eiseman*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
   David Eiseman (Bar No. 114758)
   davideiseman@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:       (415) 875-6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Ryan S. Goldstein (Bar No. 208444)
   ryangoldstein@quinnemanuel.com
865 S. Figueroa St., Floor 10
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:       (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Jared W. Newton (admitted *pro hac vice*)
   jarednewton@quinnemanuel.com
   K. Kevin Chu (admitted *pro hac vice*)
   kevinchu@quinnemanuel.com
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone:     (202) 538-8000
Facsimile:       (202) 538-8100

MINAMINO LAW OFFICE, PLLC
  Koichiro Minamino (admitted *pro hac vice*)
  mick@minaminolaw.com
2000 Pennsylvania Avenue, N.W. Suite 6000
Washington, D.C. 20005
Telephone:     (202) 777-3638

*Attorneys for Defendants Hamamatsu Corporation et al.*

**ATTESTATION IN CONCURRENCE OF FILING**

In accordance with the Northern District of California's General Order No. 45, Section X.B., I, Ryan Goldstein, attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature pages.

Dated: March 26, 2020                    By: /s/ *David Eiseman*
                                             David Eiseman

## **CERTIFICATE OF SERVICE**

I, Joseph LeRoy, certify that pursuant to Local Rule 5-5, counsel of record who have consented to electronic service are being served on March 26, 2020 with copies of the attached document(s) via the Court's CM/ECF system, which will send notification of such filing to counsel of record.

Executed on March 26, 2020, at San Francisco, California.

                                         */s/ Joseph LeRoy*
                                         Joseph LeRoy