QUINN EMANUEL URQUHART & SULLIVAN, LLP
  David Eiseman (Bar No. 114758)
  davideiseman@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Ryan S. Goldstein (Bar No. 208444)
  ryangoldstein@quinnemanuel.com
865 S. Figueroa St., Floor 10
Los Angeles, California 90017
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Jared W. Newton (admitted *pro hac vice*)
  jarednewton@quinnemanuel.com
  K. Kevin Chu (admitted *pro hac vice*)
  kevinchu@quinnemanuel.com
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone:    (202) 538-8000
Facsimile:    (202) 538-8100

MINAMINO LAW OFFICE, PLLC
  Koichiro Minamino (admitted *pro hac vice*)
  mick@minaminolaw.com
1300 I Street, NW
Washington, D.C. 20005
Telephone:    (202) 777-3638

Attorneys for Defendants
HAMAMATSU CORPORATION,
HAMAMATSU PHOTONICS K.K., and
PHOTONICS MANAGEMENT CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMICAPS PTE LTD., <br><br> Plaintiff, <br><br> vs. <br><br> HAMAMATSU CORPORATION, et al., <br><br> Defendants. | CASE NO. 17-cv-03440-DMR <br><br> [PROPOSED] ORDER GRANTING DEFENDANTS' REVISED UNOPPOSED MOTION FOR ISSUANCE OF LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE <br><br> Judge: Honorable Donna M. Ryu |

Before the Court is the Revised Unopposed Motion for Issuance of Letter of Request for International Judicial Assistance ("Motion"), which was filed by Defendants Hamamatsu Corporation, Hamamatsu Photonics, K.K., and Photonics Management Corp. (collectively, "Defendants") (Dkt. No. 93 ).

After consideration, the Court **GRANTS** Defendants' Motion. Accordingly, the Court will execute the Letter of Request for International Judicial Assistance ("Letter of Request") attached as Exhibit 1 to Defendants' Motion. The clerk is directed to authenticate, under seal of this Court, the Court's signature on the Letter of Request. Counsel for the Defendants, or their agent, are hereby **ORDERED** to arrange receipt of the materials from the Court by contacting the Clerk's Office and to deliver the issued Letter of Request to the proper authority in Singapore.

**IT IS SO ORDERED.**

Dated: April 9, 2020

_____
The Honorable Donna M. Ryu
United States District Court Magistrate Judge