1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     David Eiseman (Bar No. 114758)
2    davideiseman@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone:    (415) 875-6600
4  Facsimile:    (415) 875-6700

5  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Ryan S. Goldstein (Bar No. 208444)
6    ryangoldstein@quinnemanuel.com
   865 S. Figueroa St., Floor 10
7  Los Angeles, California 90017
   Telephone:    (213) 443-3000
8  Facsimile:    (213) 443-3100

9  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Jared W. Newton (admitted *pro hac vice*)
10   jarednewton@quinnemanuel.com
     K. Kevin Chu (admitted *pro hac vice*)
11   kevinchu@quinnemanuel.com
   1300 I Street, NW, Suite 900
12 Washington, D.C. 20005
   Telephone:    (202) 538-8000
13 Facsimile:    (202) 538-8100

14 MINAMINO LAW OFFICE, PLLC
     Koichiro Minamino (admitted *pro hac vice*)
15   mick@minaminolaw.com
   1300 I Street, NW
16 Washington, D.C. 20005
   Telephone:    (202) 777-3638
17
   Attorneys for Defendants
18 HAMAMATSU CORPORATION,
   HAMAMATSU PHOTONICS K.K., and
19 PHOTONICS MANAGEMENT CORP.

20              **UNITED STATES DISTRICT COURT**

21             **NORTHERN DISTRICT OF CALIFORNIA**

22 SEMICAPS PTE LTD.,                          | CASE NO. 17-cv-03440-DMR

23              Plaintiff,                     | **DEFENDANTS' UNOPPOSED MOTION
                                                 FOR ISSUANCE OF LETTER OF
24        vs.                                    REQUEST FOR INTERNATIONAL
                                                 JUDICIAL ASSISTANCE TO DEPOSE
25 HAMAMATSU CORPORATION, et al.,               AND REQUEST DOCUMENTS FROM
                                                 IPFA**
26              Defendants.
                                               Date: Thursday, May 28, 2020
27                                             Time: 1:00 p.m.
                                               Courtroom: 4
28                                             Judge: Honorable Donna M. Ryu

**NOTICE OF MOTION AND MOTION**

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on Thursday, May 28, 2020, at 1:00 p.m., or such other time as ordered by the Court, located at 1301 Clay Street, Oakland, CA 94612, Defendants Hamamatsu Corporation, Hamamatsu Photonics K.K., and Photonics Management Corp. (collectively, "Hamamatsu") will respectfully move to request that this Court sign and issue the attached Letter of Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters ("Letter of Request"), attached hereto as Exhibit 1, in order to request the deposition and documents of the International Symposium on the Physical and Failure Analysis of Integrated Circuits ("IPFA").

The IPFA hosted the 13th International Symposium on the Physical and Failure Analysis of Integrated Circuits on July 3-7, 2006 in Singapore.  The article, *DC-Coupled Laser Induced Detection System for Fault Localization in Microelectronic Failure Analysis* by Quah et al., was published during the IPFA conference proceedings.  The IPFA therefore possesses information that is highly relevant to this lawsuit.  The IPFA is located in Singapore and under the jurisdiction of the Singapore courts, including the Supreme Court of Singapore.  The evidence requested cannot be obtained without the aid of the Supreme Court of Singapore.  Hamamatsu respectfully requests that the Court execute the attached Letter of Request at its earliest convenience.

Plaintiff SEMICAPS Pte Ltd. ("SEMICAPS") has confirmed that it does not oppose this request for issuance of a Letter of Request for International Judicial Assistance.


Dated:  April 15, 2020                         QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                               By:   */s/ David Eiseman*
                                                     David Eiseman

                                               Attorneys for Defendants
                                               HAMAMATSU CORPORATION,
                                               HAMAMATSU PHOTONICS K.K., and
                                               PHOTONICS MANAGEMENT CORP.

## <u>CERTIFICATE OF SERVICE</u>

     I, Joseph LeRoy, certify that pursuant to Local Rule 5-5, counsel of record who have consented to electronic service are being served on April 15, 2020 with copies of the attached document(s) via the Court's CM/ECF system, which will send notification of such filing to counsel of record.

     Executed on April 15, 2020, at San Francisco, California.

                               */s/ Joseph LeRoy*