1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     David Eiseman (Bar No. 114758)
2    davideiseman@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone:     (415) 875-6600
4  Facsimile:     (415) 875-6700

5  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Ryan S. Goldstein (Bar No. 208444)
6    ryangoldstein@quinnemanuel.com
   865 S. Figueroa St., Floor 10
7  Los Angeles, California 90017
   Telephone:     (213) 443-3000
8  Facsimile:     (213) 443-3100

9  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Jared W. Newton (admitted *pro hac vice*)
10   jarednewton@quinnemanuel.com
     K. Kevin Chu (admitted *pro hac vice*)
11   kevinchu@quinnemanuel.com
   1300 I Street, NW, Suite 900
12 Washington, D.C. 20005
   Telephone:     (202) 538-8000
13 Facsimile:     (202) 538-8100

14 MINAMINO LAW OFFICE, PLLC
     Koichiro Minamino (admitted *pro hac vice*)
15   mick@minaminolaw.com
   1300 I Street, NW
16 Washington, D.C. 20005
   Telephone:     (202) 777-3638
17
   Attorneys for Defendants
18 HAMAMATSU CORPORATION,
   HAMAMATSU PHOTONICS K.K., and
19 PHOTONICS MANAGEMENT CORP.

20                    **UNITED STATES DISTRICT COURT**

21                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 22  SEMICAPS PTE LTD., | CASE NO. 17-cv-03440-DMR |
| 23           Plaintiff, | **[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR ISSUANCE OF LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO DEPOSE AND REQUEST DOCUMENTS FROM IPFA** |
| 24      vs. | |
| 25  HAMAMATSU CORPORATION, et al., | |
| 26           Defendants. | |
| 27 | Judge: Honorable Donna M. Ryu |
| 28 | |

Case No. 17-cv-03440-DMR
[Proposed] Order Granting Defendants' Unopposed Motion for Issuance of
Letter of Request for International Judicial Assistance

Before the Court is the Unopposed Motion for Issuance of Letter of Request for International Judicial Assistance ("Motion"), which was filed by Defendants Hamamatsu Corporation, Hamamatsu Photonics, K.K., and Photonics Management Corp. (collectively, "Defendants") (Dkt. No. 97 ).

After consideration, the Court **GRANTS** Defendants' Motion.  Accordingly, the Court will execute the Letter of Request for International Judicial Assistance ("Letter of Request") attached as Exhibit 1 to Defendants' Motion.  The clerk is directed to authenticate, under seal of this Court, the Court's signature on the Letter of Request.  Counsel for the Defendants, or their agent, are hereby **ORDERED** to arrange receipt of the materials from the Court by contacting the Clerk's Office and to deliver the issued Letter of Request to the proper authority in Singapore.

**IT IS SO ORDERED.**

Dated: June 23, 2020
_____
The Honorable Donna M. Ryu
United States District Magistrate Judge