| | |
|---|---|
| MARTON RIBERA SCHUMANN & CHANG LLP<br>  HECTOR RIBERA (221511)<br>  hector@martonribera.com<br>548 Market St., Suite 36117<br>San Francisco, California 94104<br>Telephone: (415) 360-2511<br><br>*Attorney for Plaintiff SEMICAPS Pte Ltd.*<br><br>(Additional Counsel for Plaintiff listed below signature line) | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  David Eiseman (Bar No. 114758)<br>  davideiseman@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone:    (415) 875-6600<br>Facsimile:     (415) 875-6700<br><br>*Attorney for Defendants Hamamatsu Corporation et. al*<br><br>(Additional Counsel for Defendants listed below signature line) |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMICAPS PTE LTD.,<br><br>                        Plaintiff,<br><br>        v.<br><br>HAMAMATSU PHOTONICS K.K., HAMAMATSU CORPORATION, and PHOTONICS MANAGEMENT CORP.,<br><br>                        Defendants. | Case No:  17-cv-3440-DMR<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENSION TO CASE SCHEDULE** |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties, by and through their respective Counsel, hereby stipulate to move the deadlines for completing discovery and filing dispositive motions, if any. These changes are necessary in order to accommodate the production of additional documentation by the parties and the scheduling and conducting of depositions in light of COVID-19 related orders and concerns.

The parties have previously stipulated to extend the deadline for Defendants Hamamatsu Corporation and Photonics Management System to respond to the Complaint by 90 days—thus allowing them to have the same response date to the complaint as Defendant Hamamatsu Photonics K.K.—and to further extend the deadline for Defendants to respond to the Complaint by four weeks following the lifting of the stay pending *inter partes* review of the sole asserted patent. The parties later stipulated to extend the deadline for Defendants to answer the Complaint by one week after the Court's order denying Defendants' motion to dismiss. The parties also stipulated to extend by one week the time for Plaintiff to file its reply brief in support of its claim construction positions. The parties have not made any other requested extensions, and this stipulation affects only the dates recited below that have been set by the Court.

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Close of Fact Discovery | July 22, 2020 (90 days after Claim Construction Order) | November 20, 2020 |
| Designate Opening Experts and Serve Reports | September 30, 2020 | February 1, 2021 |
| Designate Rebuttal Experts and Serve Reports | October 30, 2020 (30 days after service of Opening Expert reports) | March 3, 2021 |
| Close of Expert Discovery | November 30, 2020 (30 days after service of Rebuttal Expert reports) | April 2, 2021 |
| Dispositive (Summary Judgment) Motions | January 14, 2021 (45 days after close of Expert Discovery) | May 17, 2021 |
| Hearing on Dispositive Motions | To be set by Court | To be set by Court |

1
STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME                    Case No. 17-cv-03440-DMR

| Pretrial Conference | To be set by Court | To be set by Court |
| --- | --- | --- |
| Trial | To be set by Court | To be set by Court |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

Respectfully submitted,                                Dated: July 2, 2020

By:   */s/ Ryan J. Marton*                              By:   */s/ David Eiseman*

**MARTON RIBERA SCHUMANN & CHANG LLP**

HECTOR RIBERA (221511)
hector@martonribera.com
RYAN J. MARTON (223979)
ryan@martonribera.com
CAROLYN CHANG (217933)
carolyn@martonribera.com
548 Market Street, Suite 36117
San Francisco, California 94104
Telephone: (415) 360-2511

*Attorneys for Plaintiff SEMICAPS Pte Ltd.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
   David Eiseman (Bar No. 114758)
   davideiseman@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Ryan S. Goldstein (Bar No. 208444)
   ryangoldstein@quinnemanuel.com
865 S. Figueroa St., Floor 10
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Jared W. Newton (admitted *pro hac vice*)
   jarednewton@quinnemanuel.com
   K. Kevin Chu (admitted *pro hac vice*)
   kevinchu@quinnemanuel.com
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone:     (202) 538-8000
Facsimile:      (202) 538-8100

MINAMINO LAW OFFICE, PLLC
   Koichiro Minamino (admitted *pro hac vice*)
   mick@minaminolaw.com
2000 Pennsylvania Avenue, N.W. Suite 6000
Washington, D.C. 20005
Telephone:     (202) 777-3638

*Attorney for Defendants Hamamatsu et al.*

**ORDER**

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: July 6, 2020          By: _____
                                 Honorable Donna M. Ryu
                                 Judge of the United States District Court

*IT IS SO ORDERED*
*Judge Donna M. Ryu*

**ATTESTATION IN CONCURRENCE OF FILING**

In accordance with the Northern District of California's General Order No. 45, Section X.(B), I, Ryan Marton, attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature pages.

Dated: July 2, 2020               By:   /s/ *Ryan J. Marton*
                                         Ryan Marton