

SUPREME COURT OF SINGAPORE
LEGAL REGISTRY

Our Ref: TEA/7/2020/AG

FILED

20 July 2020

SEP 03 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

The Honourable the Attorney General
Attorney-General's Chambers
1 Upper Pickering Street
Singapore 058288

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS FROM DR. ALFRED CHENG TECK QUAH, PH.D.**

Case no. 17-cv-03440-DMR

    Pursuant to Order 66, Rule 3(b) of the Rules of Court, I forward herewith a request from the United States District Court for the Northern District of California, for your necessary action, please.

2.    Thank you.

Yours faithfully,

MS KAREN TAN
ASSISTANT REGISTRAR
SUPREME COURT, SINGAPORE

Encl.

Cc    The Honorable Donna M. Ryu
    United States District Court, Northern District of California
    Ronald V. Dellums Federal Building & United States Courthouse
    1301 Clay Street, Oakland,
    California 94612 - U.S.A

    Quinn Emanuel Urquhart & Sullivan LLP
    50 California Street, 22nd Floor, San Francisco
    California 94111, U.S.A
    Attn: Mr. David Eiseman



ON GOVERNMENT SERVICE

AIR MAIL / PAR AVION

SINGAPORE
RC 60442446 5 SG

The Honorable Donna M. Ryu
United States District Court,
Northern District of California,
Ronald V. Dellums Federal Building &
United States Courthouse.
1301 Clay Street, Oakland,
California. 94612 - USA.





If undelivered, please return to:-
Supreme Court
1 Supreme Court Lane
Singapore 178879