# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL LAW AND MOTION MINUTE ORDER

| **Date:** 10/22/2020 | **Time:** 1:02-1:30 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:17-cv-03440-DMR | **Case Name:** Semicaps PTE Ltd v. Hamamatsu Corporation, et al | |

**For Plaintiff:**
Hector Ribera

**For Defendants:**
David Eiseman

**Deputy Clerk:** Ivy Lerma Garcia        **Court Reporter:** Pamela Batalo-Hebel

## PROCEEDINGS HELD BY ZOOM VIDEO CONFERENCE

1. Joint Discovery Letter Brief [Docket No. 111] – hearing held

   Plaintiff's counsel's motion to quash Defendants' subpoena is granted in part for the reasons stated on the record. Defendants may serve an interrogatory on MRSC asking whether any of its attorneys had conversations with Dr. Quah regarding the public availability of the Quah paper.

**Order to be prepared by:**
( ) Plaintiff        ( ) Defendant        ( ) Court

cc: Chambers