QUINN EMANUEL URQUHART & SULLIVAN, LLP
  David Eiseman (Bar No. 114758)
  davideiseman@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Ryan S. Goldstein (Bar No. 208444)
  ryangoldstein@quinnemanuel.com
865 S. Figueroa St., Floor 10
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Jared W. Newton (admitted *pro hac vice*)
  jarednewton@quinnemanuel.com
  K. Kevin Chu (admitted *pro hac vice*)
  kevinchu@quinnemanuel.com
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone:     (202) 538-8000
Facsimile:      (202) 538-8100

MINAMINO LAW OFFICE, PLLC
  Koichiro Minamino (admitted *pro hac vice*)
  mick@minaminolaw.com
1300 I Street, NW
Washington, D.C. 20005
Telephone:     (202) 777-3638

*Attorneys for Defendants Hamamatsu Corporation et al.*

MARTON RIBERA SCHUMANN & CHANG LLP
  Hector Ribera (221511)
  hector@martonribera.com
  Ryan J. Marton (223979)
  ryan@martonribera.com
  Carolyn Chang (217933)
  carolyn@martonribera.com
548 Market Street, Suite 36117
San Francisco, California 94104
Telephone: (415) 360-2511

*Attorneys for Plaintiff SEMICAPS Pte Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMICAPS PTE LTD.,<br><br>           Plaintiff,<br>      v.<br><br>HAMAMATSU PHONTONICS K.K., HAMAMATSU CORPORATION, and PHOTONICS MANAGEMENT CORP.,<br><br>           Defendants. | Case No:  17-cv-3440-DMR<br><br>**STIPULATION AND ORDER REGARDING DEADLINE TO SUPPLEMENT INFRINGEMENT AND INVALIDITY CONTENTIONS** |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties, by and through their Counsel, hereby stipulate to extend the deadline to supplement their respective Infringement and Invalidity Contentions to December 18, 2020. Pursuant to the deadlines set forth in the Case Management Order (Dkt. 48), the parties exchanged Infringement Contentions on May 15, 2019, and Invalidity Contentions on July 1, 2019. The parties seek to further supplement their respective Infringement and Invalidity Contentions in order to accommodate the production of additional documentation and source code. The parties agree to limit their supplemental contentions to additional evidence and citations, and the parties will not be presenting new theories.

The parties have previously stipulated to extend the deadline for Hamamatsu Corporation and Photonics Management System to respond to the Complaint by 90 days, and to further extend the deadline by four weeks the time for Defendants to respond to the Complaint. The parties later stipulated to extend the deadline by one week for Defendants to answer the Complaint after the Court's denial of the motion to dismiss. The parties stipulated to extend by one week the time for Plaintiff to file its reply brief in support of its claim construction positions. The parties also stipulated to moving the deadlines for completing discovery and filing dispositive motions. The parties have not made any other requested extensions and this stipulation affects only those recited that have been set by the Court.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

Respectfully submitted,

By: ___/s/ David Eiseman___

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  David Eiseman (Bar No. 114758)
  davideiseman@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Dated: November 20, 2020

By: ___/s/ Ryan J. Marton___

MARTON RIBERA SCHUMANN & CHANG LLP

HECTOR RIBERA (221511)
hector@martonribera.com
RYAN J. MARTON (223979)
ryan@martonribera.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Ryan S. Goldstein (Bar No. 208444)
   ryangoldstein@quinnemanuel.com
865 S. Figueroa St., Floor 10
Los Angeles, California 90017
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Jared W. Newton (admitted *pro hac vice*)
   jarednewton@quinnemanuel.com
   K. Kevin Chu (admitted *pro hac vice*)
   kevinchu@quinnemanuel.com
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone:   (202) 538-8000
Facsimile:   (202) 538-8100

MINAMINO LAW OFFICE, PLLC
   Koichiro Minamino (admitted *pro hac vice*)
   mick@minaminolaw.com
1300 I Street, NW
Washington, D.C. 20005
Telephone:   (202) 777-3638

*Attorney for Defendants Hamamatsu Corporation et al.*

CAROLYN CHANG (217933)
carolyn@martonribera.com
548 Market Street, Suite 36117
San Francisco, California 94104
Telephone: (415) 360-2511

*Attorneys for Plaintiff SEMICAPS Pte Ltd.*

# ORDER

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: November 23, 2020         By: _____
                                     Honorable Donna M. Ryu
                                     Judge of the United States District Court

*IT IS SO ORDERED*
*Judge Donna M. Ryu*
(United States District Court, Northern District of California seal)

**ATTESTATION IN CONCURRENCE OF FILING**

In accordance with the Northern District of California's General Order No. 45, Section X.(B), I, David Eiseman, attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature pages.

Dated: November 20, 2020					By:   /s/ *David Eiseman*
                                           David Eiseman