UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMICAPS PTE LTD,<br><br>    Plaintiff,<br><br>v.<br><br>HAMAMATSU CORPORATION, et al.,<br><br>    Defendants. | Case No. 17-cv-03440-DMR<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO SEAL**<br><br>Re: Dkt. No. 125 |

On July 6, 2021, Defendant Hamamatsu Corporation filed an administrative motion to seal its motion for leave to take third party discovery out of town, seeking to file under seal the entire motion itself, the proposed subpoenas, and two exhibits in support of the motion. [Docket No. 125.] Defendant moved to seal these materials solely on the grounds that they "contain information derived from" materials that Plaintiff SEMICAPS PTE Ltd. designated as confidential and highly confidential. However, the motion is not "narrowly tailored to seek sealing only of sealable material," *see* Civ. L.R. 79-5(b), and Plaintiff has not filed a responsive declaration as required by Civil Local Rules 79-5(e)(1) and 79-5(d)(1)(A) establishing that these documents are sealable. Therefore, the motion to seal is denied.

**IT IS SO ORDERED.**

Dated: July 19, 2021



_____
Donna M. Ryu
United States Magistrate Judge