| | |
|---|---|
| MARTON RIBERA SCHUMANN & CHANG LLP<br>  HECTOR RIBERA (221511)<br>  hector@martonribera.com<br>548 Market St., Suite 36117<br>San Francisco, California 94104<br>Telephone: (415) 360-2511<br><br>*Attorney for Plaintiff SEMICAPS Pte Ltd.*<br><br>(Additional Counsel for Plaintiff listed below signature line) | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  David Eiseman (Bar No. 114758)<br>  davideiseman@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone:    (415) 875-6600<br>Facsimile:     (415) 875-6700<br><br>*Attorney for Defendants Hamamatsu Corporation et. al*<br><br>(Additional Counsel for Defendants listed below signature line) |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMICAPS PTE LTD.,<br><br>                    Plaintiff,<br><br>         v.<br><br>HAMAMATSU PHOTONICS K.K., HAMAMATSU CORPORATION, and PHOTONICS MANAGEMENT CORP.,<br><br>                    Defendants. | Case No: 17-cv-3440-DMR<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENSION TO CASE SCHEDULE** |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties, by and through their respective Counsel, hereby stipulate to move the deadlines for expert discovery and filing dispositive motions, if any. The parties stipulate that the deadline to serve opening expert reports be moved out by nine days, with the remaining deadlines moved accordingly.

The parties have previously stipulated to extend the deadline for Defendants Hamamatsu Corporation and Photonics Management System to respond to the Complaint by 90 days—thus allowing them to have the same response date to the complaint as Defendant Hamamatsu Photonics K.K.—and to further extend the deadline for Defendants to respond to the Complaint by four weeks following the lifting of the stay pending *inter partes* review of the sole asserted patent. The parties later stipulated to extend the deadline for Defendants to answer the Complaint by one week after the Court's order denying Defendants' motion to dismiss. The parties also stipulated to extend by one week the time for Plaintiff to file its reply brief in support of its claim construction positions. In July 2020, the parties also stipulated to extend the deadline for completion of discovery and the filing of dispositive motions. Finally, the parties stipulated to move out the completion of discovery and dispositive motions to accommodate written depositions of foreign witnesses. The parties have not made any other requested extensions, and this stipulation affects only the dates recited below that have been set by the Court.

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Designate Opening Experts and Serve Reports | September 8, 2021 | September 17, 2021 |
| Designate Rebuttal Experts and Serve Reports | October 8, 2021 | October 18, 2021 |
| Close of Expert Discovery | November 8, 2021 | November 17, 2021 |
| Deadline to file Dispositive (Summary Judgment) Motions | December 23, 2021 | January 14, 2022 |
| Hearing on Dispositive Motions | To be set by Court | To be set by Court |
| Pretrial Conference | To be set by Court | To be set by Court |
| Trial | To be set by Court | To be set by Court |

1  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

2  Respectfully submitted,                                  Dated: September 3, 2021

3  By:  /s/ Phillip J. Haack                                By:  /s/ David Eiseman

5  **MARTON RIBERA SCHUMANN & CHANG LLP**                   QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                                              David Eiseman (Bar No. 114758)
                                                              davideiseman@quinnemanuel.com
6  HECTOR RIBERA (221511)                                  50 California Street, 22nd Floor
   hector@martonribera.com                                 San Francisco, California 94111
   RYAN J. MARTON (223979)                                 Telephone:    (415) 875-6600
   ryan@martonribera.com                                   Facsimile:    (415) 875-6700
   CAROLYN CHANG (217933)
   carolyn@martonribera.com                                QUINN EMANUEL URQUHART & SULLIVAN, LLP
   PHILLIP J. HAACK (262060)                                 Ryan S. Goldstein (Bar No. 208444)
   phil@martonribera.com                                     ryangoldstein@quinnemanuel.com
   548 Market Street, Suite 36117                          865 S. Figueroa St., Floor 10
   San Francisco, California 94104                         Los Angeles, California 90017
   Telephone: (415) 360-2511                               Telephone:    (213) 443-3000
                                                           Facsimile:    (213) 443-3100

   *Attorneys for Plaintiff SEMICAPS Pte Ltd.*
                                                           QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                                             Jared W. Newton (admitted *pro hac vice*)
                                                             jarednewton@quinnemanuel.com
                                                             K. Kevin Chu (admitted *pro hac vice*)
                                                             kevinchu@quinnemanuel.com
                                                           1300 I Street, NW, Suite 900
                                                           Washington, D.C. 20005
                                                           Telephone:    (202) 538-8000
                                                           Facsimile:    (202) 538-8100

                                                           MINAMINO LAW OFFICE, PLLC
                                                             Koichiro Minamino (admitted *pro hac vice*)
                                                             mick@minaminolaw.com
                                                           2000 Pennsylvania Avenue, N.W. Suite 6000
                                                           Washington, D.C. 20005
                                                           Telephone:    (202) 777-3638

                                                           *Attorney for Defendants Hamamatsu et al.*

**ORDER**

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Sept. 7, 2021          By: _____
                                   Honorable Donna M. Ryu
                                   Judge of the United States District Court

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Donna M. Ryu]*

**ATTESTATION IN CONCURRENCE OF FILING**

In accordance with the Northern District of California's General Order No. 45, Section X.(B), I, Phillip Haack, attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature pages.

Dated: September 3, 2021                    By:   /s/ *Phillip Haack*
                                                    Phillip Haack