MARTON RIBERA SCHUMANN &
CHANG LLP
  HECTOR RIBERA (221511)
  hector@martonribera.com
548 Market St., Suite 36117
San Francisco, California 94104
Telephone: (415) 360-2511

*Attorney for Plaintiff SEMICAPS Pte Ltd.*

(Additional Counsel for Plaintiff
listed below signature line)

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  David Eiseman (Bar No. 114758)
  davideiseman@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

*Attorney for Defendants Hamamatsu
Corporation et. al*

(Additional Counsel for Defendants
listed below signature line)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SEMICAPS PTE LTD.

                    Plaintiff,

        v.

HAMAMATSU PHOTONICS K.K.,
HAMAMATSU CORPORATION, and
PHOTONICS MANAGEMENT CORP.,

                    Defendants.

Case No:  17-cv-3440-DMR

**STIPULATION AND ORDER RE
EXTENSION TO CASE
SCHEDULE**

1
2
3
4

Pursuant to Civil Local Rules 6-2 and 7-12, the parties, by and through their respective Counsel, hereby stipulate to move the deadlines for expert discovery and filing dispositive motions, if any.  The parties stipulate that the deadline to serve opening expert reports be moved out by nine days, with the remaining deadlines moved accordingly.

5
6
7
8
9
10
11
12
13
14
15
16
17
18

The parties have previously stipulated to extend the deadline for Defendants Hamamatsu Corporation and Photonics Management System to respond to the Complaint by 90 days—thus allowing them to have the same response date to the complaint as Defendant Hamamatsu Photonics K.K.—and to further extend the deadline for Defendants to respond to the Complaint by four weeks following the lifting of the stay pending *inter partes* review of the sole asserted patent.  The parties later stipulated to extend the deadline for Defendants to answer the Complaint by one week after the Court's order denying Defendants' motion to dismiss.  The parties also stipulated to extend by one week the time for Plaintiff to file its reply brief in support of its claim construction positions.  In July 2020, the parties also stipulated to extend the deadline for completion of discovery and the filing of dispositive motions.  The parties also stipulated to move out the completion of discovery and dispositive motions to accommodate written depositions of foreign witnesses.  Finally, the parties stipulated to move out the deadline for opening expert reports.  The parties have not made any other requested extensions, and this stipulation affects only the dates recited below that have been set by the Court.

19
20
21
22
23
24
25
26
27

| Event | Current Deadline | New Deadline |
|---|---|---|
| Designate Rebuttal Experts and Serve Reports | October 18, 2021 | October 29, 2021 |
| Close of Expert Discovery | November 17, 2021 | December 3, 2021 |
| Dispositive (Summary Judgment) Motions | January 14, 2022 | January 28, 2022 |
| Hearing on Dispositive Motions | To be set by Court | To be set by Court |
| Pretrial Conference | To be set by Court | To be set by Court |
| Trial | To be set by Court | To be set by Court |

28

1   **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

2   Respectfully submitted,                          Dated: October 6, 2021

3   By:   */s/ Phillip J. Haack*                     By:   */s/ David Eiseman*

4
    **MARTON RIBERA SCHUMANN &**                     QUINN EMANUEL URQUHART &
5   **CHANG LLP**                                    SULLIVAN, LLP
                                                        David Eiseman (Bar No. 114758)
6   HECTOR RIBERA (221511)                             davideiseman@quinnemanuel.com
    hector@martonribera.com                          50 California Street, 22nd Floor
7   RYAN J. MARTON (223979)                          San Francisco, California 94111
    ryan@martonribera.com                            Telephone:   (415) 875-6600
8   CAROLYN CHANG (217933)                           Facsimile:   (415) 875-6700
9   carolyn@martonribera.com
    PHILLIP J. HAACK (262060)                        QUINN EMANUEL URQUHART &
10  phil@martonribera.com                            SULLIVAN, LLP
    548 Market Street, Suite 36117                     Ryan S. Goldstein (Bar No. 208444)
11  San Francisco, California 94104                    ryangoldstein@quinnemanuel.com
                                                     865 S. Figueroa St., Floor 10
12  Telephone: (415) 360-2511                        Los Angeles, California 90017
                                                     Telephone:   (213) 443-3000
13                                                   Facsimile:   (213) 443-3100
    *Attorneys for Plaintiff SEMICAPS Pte Ltd.*
14                                                   QUINN EMANUEL URQUHART &
                                                     SULLIVAN, LLP
15                                                     Jared W. Newton (admitted *pro hac vice*)
                                                       jarednewton@quinnemanuel.com
16                                                     K. Kevin Chu (admitted *pro hac vice*)
                                                       kevinchu@quinnemanuel.com
17                                                   1300 I Street, NW, Suite 900
                                                     Washington, D.C. 20005
18                                                   Telephone:   (202) 538-8000
                                                     Facsimile:   (202) 538-8100
19
                                                     MINAMINO LAW OFFICE, PLLC
20                                                     Koichiro Minamino (admitted *pro hac vice*)
                                                       mick@minaminolaw.com
21                                                   2000 Pennsylvania Avenue, N.W. Suite 6000
                                                     Washington, D.C. 20005
22                                                   Telephone:   (202) 777-3638

23                                                   *Attorney for Defendants Hamamatsu et al.*

24

25

26

27

28

## **<u>ORDER</u>**

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _October 7, 2021_

By: _____
    Honorable Donna M. Ryu
    Judge of the United States District Court

STIPULATION AND ORDER RE EXTENSION OF TIME                    Case No. 17-cv-03440-DMR

## <u>ATTESTATION IN CONCURRENCE OF FILING</u>

In accordance with the Northern District of California's General Order No. 45, Section X.(B), I, Phillip Haack, attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature pages.

Dated: October 6, 2021                    By:  /s/ *Phillip Haack*
                                                Phillip Haack

STIPULATION AND ORDER RE EXTENSION OF TIME                    Case No. 17-cv-03440-DMR