| | |
|---|---|
| MARTON RIBERA SCHUMANN & CHANG LLP<br>  HECTOR RIBERA (221511)<br>  hector@martonribera.com<br>548 Market St., Suite 36117<br>San Francisco, California 94104<br>Telephone: (415) 360-2511<br><br>*Attorney for Plaintiff SEMICAPS Pte Ltd.*<br><br>(Additional Counsel for Plaintiff listed below signature line) | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  David Eiseman (Bar No. 114758)<br>  davideiseman@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone:     (415) 875-6600<br>Facsimile:      (415) 875-6700<br><br>*Attorney for Defendants Hamamatsu Corporation et. al*<br><br>(Additional Counsel for Defendants listed below signature line) |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMICAPS PTE LTD.,<br><br>             Plaintiff,<br><br>   v.<br><br>HAMAMATSU PHOTONICS K.K., HAMAMATSU CORPORATION, and PHOTONICS MANAGEMENT CORP.,<br><br>             Defendants. | Case No: 17-cv-3440-DMR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE EXTENSION TO CASE SCHEDULE** |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties, by and through their respective Counsel, hereby stipulate to move the deadlines for expert discovery and filing dispositive motions, if any. The parties stipulate that the deadlines for the close of expert discovery and filing dispositive motions be moved out by one month, with the remaining deadlines unchanged.

The parties have settled in principle and seek the requested extension to permit the parties sufficient time to finalize the settlement agreement.

The parties have previously stipulated to extend the deadline for Defendants Hamamatsu Corporation and Photonics Management System to respond to the Complaint by 90 days—thus allowing them to have the same response date to the complaint as Defendant Hamamatsu Photonics K.K.—and to further extend the deadline for Defendants to respond to the Complaint by four weeks following the lifting of the stay pending *inter partes* review of the sole asserted patent. The parties later stipulated to extend the deadline for Defendants to answer the Complaint by one week after the Court's order denying Defendants' motion to dismiss. The parties also stipulated to extend by one week the time for Plaintiff to file its reply brief in support of its claim construction positions. In July 2020, the parties also stipulated to extend the deadline for completion of discovery and the filing of dispositive motions. The parties also stipulated to move out the completion of discovery and dispositive motions to accommodate written depositions of foreign witnesses. In September 2021, the parties stipulated to move out the deadline for opening and rebuttal expert reports, close of expert discovery, and dispositive motions. In October 2021, the parties further stipulated to extend the deadlines for rebuttal expert reports, close of expert discovery, and dispositive motions. In November 2021, the parties further stipulated to extend the deadline for the close of expert discovery. In December 2021, the parties further stipulated to extend the deadline for the close of expert discovery. The parties have not made any other requested extensions, and this stipulation affects only the dates recited below:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Close of Expert Discovery | January 24, 2022 | February 24, 2022 |

| Dispositive (Summary Judgment) Motions | February 28, 2022 | March 28, 2022 |
|---|---|---|
| Hearing on Dispositive Motions | To be set by Court | To be set by Court |
| Pretrial Conference | To be set by Court | To be set by Court |
| Trial | To be set by Court | To be set by Court |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

Respectfully submitted,

By: ___/s/ Phillip J. Haack___

**MARTON RIBERA SCHUMANN & CHANG LLP**

HECTOR RIBERA (221511)
hector@martonribera.com
RYAN J. MARTON (223979)
ryan@martonribera.com
CAROLYN CHANG (217933)
carolyn@martonribera.com
PHILLIP J. HAACK (262060)
phil@martonribera.com
548 Market Street, Suite 36117
San Francisco, California 94104
Telephone: (415) 360-2511

*Attorneys for Plaintiff SEMICAPS Pte Ltd.*

Dated: January 25, 2022

By: ___/s/ David Eiseman___

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  David Eiseman (Bar No. 114758)
  davideiseman@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Ryan S. Goldstein (Bar No. 208444)
  ryangoldstein@quinnemanuel.com
865 S. Figueroa St., Floor 10
Los Angeles, California 90017
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Jared W. Newton (admitted *pro hac vice*)
  jarednewton@quinnemanuel.com
  K. Kevin Chu (admitted *pro hac vice*)
  kevinchu@quinnemanuel.com
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone:   (202) 538-8000
Facsimile:    (202) 538-8100

MINAMINO LAW OFFICE, PLLC
  Koichiro Minamino (admitted *pro hac vice*)
  mick@minaminolaw.com
2000 Pennsylvania Avenue, N.W. Suite 6000
Washington, D.C. 20005
Telephone:   (202) 777-3638

*Attorney for Defendants Hamamatsu et al.*

**ORDER**

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**
The parties shall file a joint status report by no later than Feb. 25, 2022.

Dated: Jan. 26, 2022                    By: _____
                                         Honorable Donna M. Ryu
                                         Judge of the United States District Court



## ATTESTATION IN CONCURRENCE OF FILING

In accordance with the Northern District of California's General Order No. 45, Section X.(B), I, David Eiseman, attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature pages.

Dated: January 25, 2022                    By:   /s/ *David Eiseman*
                                                 David Eiseman